473 A.2d 663

Tubner, et al., Appellants, v. State Farm
Mutual Auto. Ins.

Argued April 26, 1983.   Mark B. Aronson, for appellants;   John C. Conti, for State Farm, appellees;   Samuel Wayne Braver, for Allstate, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

The appeal from the order dated October 15, 1982, denying appellants' motion for certification, is quashed.   The order of September 22, 1982, as amended September 27, 1982, sustaining the preliminary objections of sixteen of the named defendants, and the order of October 15, 1982 granting the motion of Allstate Insurance Company for judgment on the pleadings, are affirmed.